PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
1423 Broadway #1133
Oakland, CA  94612
Telephone:	510/832-5001
Facsimile:	510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
LYNETTE HARVEY MAGDE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNETTE HARVEY MAGDE,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>CITY OF RED BLUFF,<br><br>　　　Defendant. | CASE NO. 2:23-cv-00417-DMC<br>Civil Rights<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

　　　NOTICE IS HEREBY GIVEN that Plaintiff LYNETTE HARVEY MAGDE ("Plaintiff") voluntarily dismisses the above-entitled action pursuant to FRCP 41(a)(1)(i) with prejudice. Plaintiff is dismissing this action because this matter has settled.  Plaintiff requests this dismissal be entered with prejudice.

Date: November 15, 2023　　　　　　　　　　　　REIN & CLEFTON


　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Aaron M. Clefton*
　　　　　　　　　　　　　　　　　　　　　　　　By AARON M. CLEFTON, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　LYNETTE HARVEY MAGDE